74 F.3d 1232
NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 Steve R. LUCAS, Petitioner-Appellant,
v.
Parker EVATT, Director, South Carolina Department of
Corrections; Rickie Harrison, Warden, Manning
Correctional Institute; Attorney
General of The State of South
Carolina, Respondents-Appellees.
 No. 95-7109.
 United States Court of Appeals, Fourth Circuit.
 Submitted: December 14, 1995.
Decided: January 11, 1996.
 
 Steve R. Lucas, Appellant Pro Se. Donald John Zelenka, Chief Deputy Attorney General, Columbia, SC, for Appellees.
 Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. Sec. 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Lucas v. Evatt, No. CA-94-3243-2-17AJ (D.S.C. June 29, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 DISMISSED